# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **CARSANDRA LENORE CARRAWAY** ) | CASE NO. **16-67986-**JRS |
| *A/K/A CARSANDRA LENORE LATTEN*, ) | |
| ) | |
| Debtor. ) | |
| CARSANDRA LENORE CARRAWAY, ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | **CONTESTED MATTER** |
| ) | |
| DEUTSCHE BANK, ) | |
| ) | |
| Respondent ) | |

## MOTION TO STRIP LIEN

COMES NOW Debtor, Carsandra Lenore Carraway, in the above referenced Chapter 13 bankruptcy case and Movant herein, and hereby moves this Court to determine the status of Deutsche Bank ("Respondent") pursuant to 11 U.S.C. § 506, and respectfully shows the following:

1.

This motion is filed pursuant to 11 U.S.C. § 506(a) and (d), 11 U.S.C. § 1322(b)(2), and Fed.R.Bankr.P. 3012 and 9014 to treat the junior security interest and/or lien ("junior security interest") held by Respondent in Movant's real property, 3953 Harvest Hill Road, Decatur, DeKalb County, Georgia, as a non-priority, unsecured liability for all purposes within the underlying Chapter 13 proceeding with the voiding and extinguishment of Respondent's security interest upon Movant receiving a Chapter 13 Discharge in this case.

2.

On October 7, 2016, Movant filed for relief under Chapter 13 of the Bankruptcy Code. Venue is appropriate pursuant to 28 U.S.C. § 1409, Movant and Respondent are subject to the jurisdiction of this court by reason of, and pursuant to, 28 U.S.C. § 157, 11 U.S.C. § 1334 and 11 U.S.C § 506(a)(1) as well as LR 83.7NDGa. This matter constitutes, and is, a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A)(B) and (K).

3.

Movant owns real property located at 3953 Harvest Hill Road, Decatur, DeKalb County, Georgia ("Property") and is more particularly described as follows:

> ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 93 of the 15th District of DeKalb County, Georgia, being Lot 1, Block A, Harvest Hill Subdivision, as per plat recorded in Plat Book 91, Page 2, DeKalb County, Georgia Records, which recorded plat is incorporated herein and made a part hereof by reference and being known as 3953 Harvest Hill Road, Decatur, Georgia 30034, according to the present system of numbering houses in DeKalb County, Georgia.

4.

Ocwen Loan Servicing holds a first mortgage on the Property with an approximate balance due of $151,378.00.

5.

Respondent holds a second mortgage with an approximate balance due of $51,400.18. Respondent has not filed a Proof of Claim.

6.

Per the Annual Notice of Assessment received from the DeKalb County Tax Assessor, the value of the Property is $128,700.00 (See Exhibit "A").

7.

The amount owed by Debtor on the first mortgage exceeds the value of the subject property, leaving no equity to which Respondent's claim may attach.

8.

Movant contends the junior position of Respondent "would not be protected from modification under Section 1322(b)(2)." *In re Tanner*, 217 F.3rd 1357, 1360 (11th Cir. 2000).

WHEREFORE, Movant prays that this Court grant this motion in total or such part as deemed in the best interest of justice. It is further prayed that the Court order that:

a) The junior security interest of Respondent is a general, non-priority, unsecured claim;
b) That the lien of Respondent be declared void, and ordered extinguished, upon Debtor receiving a Chapter 13 Discharge in this case; and,
c) That the Court grants such other relief as deemed just and proper.

**[signature on following page]**

Dated: November 10, 2016

                                                Respectfully submitted,

                                                /s/
                                                P. Nicholas Johnson
                                                GA Bar No. 395080
                                                The Semrad Law Firm, LLC
                                                Sterling Point II
                                                303 Perimeter Center North, Ste. 201
                                                Atlanta, Georgia 30346
                                                (404) 909-8665
                                                **Attorney for the Debtor/Movant**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **CARSANDRA LENORE CARRAWAY** | ) | CASE NO. **16-67986-**JRS |
| *A/K/A CARSANDRA LENORE LATTEN*, | ) | |
| | ) | |
| Debtor. | ) | |
| CARSANDRA LENORE CARRAWAY, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| DEUTSCHE BANK, | ) | |
| | ) | |
| Respondent | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Debtor has filed a Motion to Strip Lien and related papers with the Court seeking an Order canceling and releasing their second mortgage.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on application in **Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, Atlanta, Georgia, at 10:45AM on December 6, 2016.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, Room 1340, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: November 10, 2016                    /s/
                                            P. Nicholas Johnson
                                            GA Bar No. 395080
                                            The Semrad Law Firm, LLC
                                            Sterling Point II
                                            303 Perimeter Center North, Ste. 201
                                            Atlanta, Georgia 30346
                                            (404) 909-8665



| Recent Sales in Neighborhood Recent Sales in Area | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search | Subscription Home | Dekalb Home |
|---|---|---|---|---|---|---|

| Owner and Parcel Information ||||
|---|---|---|---|
| **Owner Name** | CARRAWAY OSIE L<br>CARRAWAY CARSANDRA L | **Today's Date** | May 17, 2016 |
| **Mailing Address** | 3953 HARVEST HILL RD | **Parcel Number** | 15 093 09 216 |
|  | DECATUR, GA 30034-5167 | **Tax District** | Unincorporated (District 04) |
| **Location Address** | 3953 HARVEST HILL RD | **2014 Millage Rate** | 45.34 |
| **Legal Description** |  | **Approximate/Computed Acreage** | 0.4 |
| **Property Class** | R3-R3 | **Parcel Map** | Maps available with subscription |
| **Neighborhood** | 1210- | **Homestead** |  |
| **Legal Description** |  |  |  |

| Assessment Information | | | Hide Historical Assessments | | |
|---|---|---|---|---|---|
| **Year** | **LUC** | **CLASS** | **Land Value** | **Building Value** | **Total Value** | **Assessed Value** |
| 2015 | 101 | R3 | $ 9,500 | $ 105,600 | $ 115,100 | $ 46,040 |
| 2014 | 101 | R3 | $ 8,900 | $ 55,900 | $ 64,800 | $ 25,920 |
| 2013 |  | R3 | $ 8,900 | $ 55,900 | $ 64,800 | $ 25,920 |
| 2012 |  | R3 | $ 8,900 | $ 55,900 | $ 64,800 | $ 25,920 |
| 2011 |  | R3 | $ 12,700 | $ 101,180 | $ 113,880 | $ 45,552 |
| 2010 |  | R3 | $ 20,700 | $ 188,200 | $ 208,900 | $ 83,560 |

More detailed information is available via subscription service.   Details here

DeKalb County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Assessment information for all tax parcels included in this data is for the 2012 tax year and does not reflect any changes due to documents recorded after January 1, 2012. These changes may include but is not limited to ownership or property characteristics. Website Updated: March 7, 2016

© 2012 by the County of Dekalb, GA | Website design by qpublic.net

EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **CARSANDRA LENORE CARRAWAY** ) | CASE NO. **16-67986-**JRS |
| *A/K/A CARSANDRA LENORE LATTEN*, ) | |
| ) | |
| Debtor. ) | |
| CARSANDRA LENORE CARRAWAY, ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | **CONTESTED MATTER** |
| ) | |
| DEUTSCHE BANK, ) | |
| ) | |
| Respondent ) | |

CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Strip Lien and Notice of Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage to guarantee delivery to:

| | |
|---|---|
| Carsandra Lenore Carraway | Deutsche Bank |
| 3953 Harvest Hill Rd. | 7105 Corporate Dr. |
| Decatur, GA 30034 | Plano, TX 75024 |
| | |
| Deutsche Bank AG | Deutsche Bank |
| c/o CT Corporation System, Reg. Ag. | Attn: John Cryan, CEO |
| 1201 Peachtree St., NE | 1011 Centre Rd., Ste. 200 |
| Atlanta, GA 30361 | Wilmington, DE 19805 |
| | FDIC# 26392 |
| | **VIA – Certified Mail** |

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF.

Dated: November 10, 2016          /s/ _____

P. Nicholas Johnson
GA Bar No. 395080
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346