

**IT IS ORDERED as set forth below:**

**Date: August 4, 2017**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-67986-jrs |
| CARSANDRA LENORE CARRAWAY AKA CARSANDRA LENORE LATTEN,<br>　　　　Debtor. | CHAPTER: 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES 2005-1,<br>　　　　Movant,<br>v. | JUDGE: JAMES R. SACCA |
| CARSANDRA LENORE CARRAWAY AKA CARSANDRA LENORE LATTEN, Debtor<br>THE ESTATE OF OSIE L. CARRAWAY, Co-Debtor<br>NANCY J. WHALEY, Trustee,<br>　　　　Respondent(s). | CONTESTED MATTER |

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY
(#54)

The above styled Motion having been scheduled for a hearing before the Court on June 20, 2017, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 3953 Harvest Hill Rd, Decatur, Georgia 30034 is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through June 1, 2017, totals $3,196.96, including one (1) payment of $722.04 and two (2) payments of $721.96, $181.00 for a filing fee and $850.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Debtor shall receive credit of $698.26 in suspense.  Debtor is ordered to pay the sum of $1,435.00 instanter. Beginning July 1, 2017, Debtor shall resume timely remittance of the regular monthly mortgage payments.  Beginning July 15, 2017 and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $177.28 per month, for five (5) months and one (1) payment of $177.30 or until the arrearage is cured.  Payments should be sent to:

Ocwen Loan Servicing, LLC,
Attn: Cashiering Department
1661 Worthington Rd
Suite 100
West Palm Beach, FL 33409

or to such address as may be designated.  It is

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents for a period of one (1) year from the date of entry of this order,  then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney

for Debtor(s) and the Trustee, and the Court may enter an Order modifying the automatic stay, without further notice or hearing.

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that there having been no appearance by the Co-Debtor(s), the Motion for Relief from the Co-Debtor Stay is *granted*.


[END OF DOCUMENT]

CONSENTED TO BY:

/s/ *Brian K. Jordan*
Brian K. Jordan, Bar No.: 113008
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: Bjordan@aldridgepite.com


/s/ Jonathan Proctor_____ with express permission
Jonathan Proctor, Bar No.890603
Attorney for Debtor(s)
Suite 201
303 Perimeter Center North
Atlanta, GA 30346
Phone: (678) 668-7166
Email: ganb.courtview@SLFCourtview.com

NO OPPOSITION:

/s/ Eric W. Roach_____ with express permission
Eric W. Roach, Bar No. 143194
Attorney for Trustee
Suite 201
303 Perimeter Center North
Atlanta, GA 30346
Phone:  (678) 992-1201
Email: ecf@njwtrustee.com

DISTRIBUTION LIST

Carsandra L Carraway
3953 Harvest Hill Road
Decatur, GA 30034

The Estate of Osie L. Carraway
3953 Harvest Hill Road
Decatur, GA 30034

Craig Z. Black
Suite 201
303 Perimeter Center North
Atlanta, GA 30346

Nancy J. Whaley
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305